# Third District Court of Appeal

## State of Florida

Opinion filed September 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1050
Lower Tribunal No. F19-6218
_____

## Anca Cristescu,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Anca Cristescu, in proper person.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.


Before LOGUE, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. Mejia v. State, 352 So. 3d 397 (Mem) (Fla. 3d DCA 2022)

(citing Fernandez v. State, 627 So. 2d 1 (Fla. 3d DCA 1993)).